No. 03–368.  PRESSLEY v. BENNETT, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 03–372.  CLARK v. MURPHY, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–382.  UNITED STATES EX REL. GARST v. LOCKHEED MARTIN CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–384.  HELLER v. RAILROAD RETIREMENT BOARD. C. A. 2d Cir.  Certiorari denied.

No. 03–389.  HUDDY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–398.  KHOROZIAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 03–410.  WILSON v. TYSON FOODS, INC.  C. A. 11th Cir. Certiorari denied.

No. 03–415.  NELSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 03–5412.  WALDROP v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 03–5431.  KELLY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–5433.  MARQUEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5531.  HOPKINS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5873.  DARKS v. MULLIN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 03–5921.  DAWKINS v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.